**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JAMES RICHARD REGUERO, | Case No. ED CV 16-2408-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 13, 2018.

                                                 /s/
                                      ALKA SAGAR
                      UNITED STATES MAGISTRATE JUDGE